# FILED UNDER SEAL

Case 2:17-cr-00091-APG-VCF   Document 27   Filed 03/13/18   Page 1 of 7

Prob12C
D/NV Form
Rev. March 2017

## United States District Court
## for
## the District of Nevada

### PETITION FOR WARRANT
### FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Justin Timothy Sparks**

Case Number: **2:17CR00091**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **August 15, 2017**

Original Offense: **Theft of Government Funds**

Original Sentence: **10 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **February 2, 2018**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

### PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

    On March 4, 2018, the offender was arrested by Las Vegas Metropolitan Police Department (LVMPD) for committing the following offenses: Possession/Rcv/Transfer of Stolen Vehicle in violation of N.R.S. 205.273.4; Allow Child Abuse/Neglect/Child Endangerment in violation of N.R.S.200.508.2b1.  The offender was transported and booked into the Clark County Detention Center (CCDC) on a $5,000 bail for these charges.

RE: Justin Timothy Sparks

Prob12C
D/NV Form
Rev. March 2017

2. **Refrain From Unlawful Use of Controlled Substance** - The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

   The offender submitted a positive urine sample for Amphetamines and Methamphetamines on the following dates: February 5, 2018, and February 12, 2018. The offender admitted to using both Methamphetamines and Amphetamines the day before being drug tested.

3. **Pay Fine and or Restitution** - If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

   The offender was ordered to pay a special assessment of $100 and restitution in the amount of $1,375.31. The offender has failed to make any payments towards this debt obligation and the balance of $1,475.31 remains outstanding.

4. **Report Change of Residence or Employment** - The defendant shall notify the probation officer prior to any change in residence or employment.

   The offender provided the probation office with an address at 5367 South Pearl Street and a home visit was conducted on February 16, 2018, and contact was made with a roommate, however, this officer was unable to verify that the offender actually resided in this residence. A criminal records check revealed that the offender has a registered address of 7639 Rafter Court. This address was never reported to probation.

RE: Justin Timothy Sparks

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

    ☒ Revoked

    I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **March 9, 2018**

*Donnette Johnson* Donnette L. Johnson
2018.03.12 19:07:03 -07'00'

Donnette Johnson
United States Probation Officer

Approved:

*Benjamin Johnson* for Benjamin Johnson
2018.03.09 12:55:34 -08'00'

Niquita Loftis
Supervisory United States Probation Officer

**RE: Justin Timothy Sparks**

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐    No Action.
☑    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:

_____
Signature of Judicial Officer

3/13/2018
_____
Date

RE: Justin Timothy Sparks

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JUSTIN TIMOTHY SPARKS, 2:17CR00091

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### March 9, 2018

On August 15, 2017, the offender was sentenced by Your Honor to 10 months custody followed by a three (3) year term of supervised release for the offense of Theft of Government Funds. On February 2, 2018, supervision commenced in the District of Nevada.

On January 16, 2018, prior to his release from prison, the offender's release plan request that he be allowed to reside with his parents was denied based on his father wanting the offender to prove that he had changed his previous criminal behavior. On January 19, 2018, the probation office offered the offender residence in the Residential Re-entry Center (RRC) for 90 days to alleviate him being homeless upon release, however he refused to reside at this facility. On February 5, 2018, the offender reported to the probation office and provided a urine sample that was positive for Methamphetamines and Amphetamines. The offender admitted to using the substance and advised that he was homeless. The offender was again offered residence in the RRC, but he again refused.

The offender was directed to report again on February 12, 2018, which he did, however he again submitted a positive urine sample for Methamphetamines and Amphetamines and again admitted to using the substance over the weekend even with the knowledge he was required to report to probation. The offender was advised he would be enrolled in drug testing and substance abuse treatment and was directed to provide contact information so the probation office could reach him. The offender advised he did not have a phone but was staying with a female named "Tina" and provided an address of 5367 South Pearl Street, Las Vegas, Nevada and her telephone number.

A home visit was conducted on February 16, 2018, and contact was made with the female identifying herself as Tina who reportedly resided at the aforementioned residence, but was neither renting nor owned the home. Tina states she did not really know the offender and was not positive that he was residing in the residence but there were several other people who also lived there that she did not know. This officer was unable to verify whether or not the offender actually resided in the home. Tina was unable to be reached on the contact number provided by the offender.

On March 4, 2018, this officer received information that the offender had been arrested by Las Vegas Metro Police Department (LVMPD) and charged with Possession of Stolen Vehicle and Child Endangerment. Specifically, the offender stole a recreational vehicle (RV) with his female friend's children in it and then attempted to flee from the police in it. Due to the large capacity the RV has for rollover officers did not pursue the vehicle, however, the offender abandoned the RV with the children and then attempted to flee on foot to evade capture from the police. The offender was arrested, booked and transported to Clark County Detention Center (CCDC) on this

RE: Justin Timothy Sparks

Prob12C
D/NV Form
Rev. March 2017

date. In addition, the offender has an outstanding warrant from Henderson Municipal Court for Petit Larceny under Court Case #17M05952.

The offender has only been on supervision for about a month and has already violated his conditions of supervised release. The charges above show that the offender appears to be a danger to society and therefore the probation office is requesting a warrant be issued and the offender be detained pending his revocation hearing.

Respectfully submitted,

Donnette L. Johnson
2018.03.12 19:07:24
-07'00'

_____
Donnette Johnson
United States Probation Officer

Approved:

Benjamin Johnson
2018.03.09 12:56:01
-08'00'

_____
Niquita Loftis
Supervisory United States Probation Officer