Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 18, 2021**

Name of Offender: **Justin Timothy Sparks**

Case Number: **2:17CR00091**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **August 15, 2017**

Original Offense: **Theft of Government Funds**

Original Sentence: **10 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **February 2, 2018**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center. Subsistence shall be waived.

## CAUSE

Sparks began his second term of supervised release on December 31, 2020. As part of his special conditions, he was placed at the residential reentry center for 90 days. Sparks recently obtained employment and has not had the opportunity to save enough money to obtain approved housing. Because of this, he has requested that his conditions be modified as noted above. It is respectfully recommended that once Sparks can find approved housing that he can afford that the United States Probation Office be allowed to release him from the residential reentry center, thus the wording of up to 90 days as noted. Sparks has approved this modification through a waiver of hearing form 49, which is attached for the Court's review.

RE: Justin Timothy Sparks

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

Bryce D. Stark
2021.03.22
09:42:41 -07'00'

Bryce D. Stark
United States Probation Officer

Approved:

2021.03.22
07:17:17 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

---

### THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☑  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

Signature of Judicial Officer

March 22, 2021
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center. Subsistence shall be waived.

Witness _[signature]_
U.S. Probation Officer
Charles S. Clark Jr
Asst. Director
LVCCC

Signed _[signature]_
Probationer or Supervised Releasee
Justin Sparks

3-18-2021
Date